FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 15, 2025**

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BROCK MASLONKA,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNITED STATES,<br><br>                    Defendant. | No.  2:24-CV-00292-MKD<br><br>ORDER DISMISSING CASE<br><br>**ECF No. 31** |

  Before the Court is the parties' Stipulated Motion to Dismiss.  ECF No. 31. The parties stipulate to the dismissal of this action, with prejudice and without an award of attorneys' fees or costs to any party.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a party may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared.  The stipulation is signed by all parties who have appeared.

  Accordingly, **IT IS HEREBY ORDERED:**

  1. The parties' Stipulated Motion to Dismiss, **ECF No. 31**, is **GRANTED**.

ORDER - 1

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to the parties, and **CLOSE THE FILE**.

DATED December 15, 2025.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2